Case 3:07-cv-03675-WHA   Document 2   Filed 07/17/2007   Page 1 of 2

ORIGINAL FILED
07 JUL 17 PM 12:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD J. HOLLAND, Bar No. 148687
rholland@littler.com
ELLEN M. BRONCHETTI, Bar No. 226975
ebronchetti@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
mpedhirney@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone:     415.433.1940
Fax No.:       415.399.8447

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | Case No. <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO NORTHERN DISTRICT LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Plaintiff Waste Management of Alameda County, Inc. ("WMAC") is a wholly owned subsidiary of USA Waste of California, Inc., a California corporation.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
PARTIES

Case 3:07-cv-03675-WHA    Document 2    Filed 07/17/2007    Page 2 of 2

2. USA Waste of California, Inc. is a wholly owned subsidiary of Waste Management Holdings, Inc., a Delaware corporation.

3. Waste Management Holdings, Inc. is a wholly owned subsidiary of Waste Management, Inc., a Delaware corporation. Waste Management, Inc. is a publicly held corporation.

WMAC reserves its right to amend and/or supplement the information disclosed herein should additional information become known requiring it to do so.

Dated: July 17, 2007

*/s/ Michael Pedhirney*

RONALD J. HOLLAND
ELLEN M. BRONCHETTI
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

Firmwide:82788889.1 046609.1326

CERTIFICATION OF INTERESTED PARTIES        2.