1  RONALD J. HOLLAND, Bar No. 148687
   rholland@littler.com
2  ELLEN M. BRONCHETTI, Bar No. 226975
   ebronchetti@littler.com
3  MICHAEL G. PEDHIRNEY, Bar No. 233164
   mpedhirney@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California Street, 20th Floor
   San Francisco, California 94108.2693
6  Telephone:    415.433.1940
   Fax No.:      415.399.8447

7
   Attorneys for Plaintiff
8  WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 WASTE MANAGEMENT OF ALAMEDA          Case No. C 07 3675
   COUNTY, INC.,
13                                      PLAINTIFF WASTE MANAGEMENT
                  Plaintiff,            OF ALAMEDA COUNTY, INC.'S
14                                      CORPORATE DISCLOSURE
        v.                              STATEMENT
15
   WAREHOUSE UNION LOCAL NO. 6,
16 INTERNATIONAL LONGSHORE AND
   WAREHOUSE UNION,
17
                  Defendant.
18

19

20         Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Waste Management of

21 Alameda County, Inc. ("WMAC") makes the following corporate disclosures.

22         1.     WMAC is a wholly owned subsidiary of USA Waste of California, Inc., a

23 California corporation.

24         2.     USA Waste of California, Inc. is a wholly owned subsidiary of Waste

25 Management Holdings, Inc., a Delaware corporation.

26

27

28

CORPORATE DISCLOSURE
STATEMENT

3. Waste Management Holdings, Inc. is a wholly owned subsidiary of Waste Management, Inc., a Delaware corporation. Waste Management, Inc. is a publicly held corporation.

Dated: July 17, 2007

RONALD J. HOLLAND
ELLEN M. BRONCHETTI
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

Firmwide:82786675.1 046609.1326

CORPORATE DISCLOSURE STATEMENT                    2.