AO 440 (Rev. 8/01) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT

Northern District of Califorina

WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.,

V.

WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 07 3675 EMC

TO: (Name and address of Defendant)
Efren Alarcon
International Longshore and Warehouse Union, Local 6
99 Hegenberger Rd.
Oakland, CA 94621

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. HOLLAND, Bar No. 148687
LITTLER MENDELSON, PC
650 California Street, 20th Floor
San Francisco, California 94108.2693

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                   7/17/07
CLERK       Helen L. Almacen                          DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/18/2007 |
| NAME OF SERVER (PRINT) BENNY JONES JR | TITLE PROCESS SERVER ALAMEDA COUNTY #883 |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 8520 PARDEE, OAKLAND, CA 94621
FRED PECKER-/ SECRETARY-TREASURER

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/20/2007
             Date                Signature of Server

4100-10 REDWOOD ROAD PMB 214 OAKLAND, CA 94619
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.