AO 440 (Rev. 8/01) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT

Northern District of Califorina

WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.,

V.

WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: LC 07 3675 EMC

TO: (Name and address of Defendant)

Efren Alarcon
International Longshore and Warehouse Union, Local 6
99 Hegenberger Rd.
Oakland, CA 94621

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. HOLLAND, Bar No. 148687
LITTLER MENDELSON, PC
650 California Street, 20th Floor
San Francisco, California 94108.2693

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                  7/17/07
_____                   _____
CLERK    Helen L. Almacen                           DATE

_____
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/20/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BENNY JONES JR | PROCESS SERVER  ALAMEDA COUNTY #883 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 99 HEGENBERGER ROAD OAKLAND, CA 94621

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MARILYN P. ILAGAN/BOOKKEEPER
(DUE DILIGENCE ATTACHED) MAILED ON
7/20/2007 FOR: EFREN ALARCON

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/20/2007
             Date                Signature of Server

4100-10 REDWOOD ROAD PMB 214 OAKLAND, CA 94619
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DECLARATION STATING ACTS RELIED ON TO ESTABLISH REASONABLE DUE DILIGENCE IN ATTEMPTING PERSONAL SERVICE: AT EACH DATE AND TIME LISTED BELOW, I APPEARRED AT 99 HEGENBERGER ROAD OAKLAND, CA 94621 . I ATTEMPTED TO PERSONALLY SERVE EFREN ALARCON , WITH THE SUMMONS AND COMPLAINT, CIVIL ACTION CASE #C07-3675 . THE INFORMATION REGARDING THE LOCATION WAS ASCERTAINED FROM RONALD J. HOLLAND ELLEN M. BRONCHETTI, MICHAEL G. PEDHIRNEY, LITTLER MENDELSON. A PROFESSIONAL CORPORATION 650 CALIFORNIA STREET, SAN FRANCISCO CA 94108

DATE: 7/18/2007    TIME: 1.30 PM

DATE: 7/19/2007    TIME: 9.30 AM

DATE:    TIME:

SUBSTITUTED SERVICE WAS MADE ON    7/20/2007

TIME: 11.30 AM

ADDRESS: 99 HEGENBERGER ROAD

CITY: OAKLAND

STATE: CALIFORNIA

ZIP: 94621

SUBSTITUTION SERVICE WAS MADE TO: MARILYN P. ILAGAN/BOOKKEEPER

FOR: EFREN ALARCON

PERSON SERVING: BENNY JONES JR.
ADDRESS: 4100-10 REDWOOD ROAD PMB 214
CITY: OAKLAND
STATE: CALIFORNIA
ZIP: 94619
DATE: 7/20/2007

(SIGNATURE)
ALAMEDA COUNTY #883