RONALD J. HOLLAND, Bar No. 148687
rholland@littler.com
ELLEN M. BRONCHETTI, Bar No. 226975
ebronchetti@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
mpedhirney@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone:   415.433.1940
Fax No.:     415.399.8447

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | Case No. CV 07 3675 EMC <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST FOR REASSIGNMENT                                   CASE NO. CV 07 3675 EMC

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The undersigned party in the above-captioned matter hereby declines to consent to the assignment of the case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment to a United States District Court Judge.

Dated: July 30, 2007

RONALD J. HOLLAND
ELLEN M. BRONCHETTI
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

Firmwide:82857537.1 046609.1326

---

REQUEST FOR REASSIGNMENT    1.    CASE NO. CV 07 3675 EMC