UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WASTE MANAGEMENT OF
ALAMEDA COUNTY, INC.
          Plaintiff(s),

v.

WAREHOUSE UNION LOCAL
NO. 6, INTERNATIONAL
LONGSHORE AND
WAREHOUSE UNION
          Defendant(s).
_____/

CASE NO. CV 07 3675 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
☐ other requested deadline _____

Dated: October 9, 2007
s/_____
Attorney for Plaintiff
WASTE MANAGEMENT OF
ALAMEDA COUNTY, INC.

Dated: October 9, 2007
s/_____
Attorney for Defendant
WAREHOUSE UNION LOCAL NO. 6,
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: October ___, 2007

_____
UNITED STATES NORTHERN
DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com