1　RONALD J. HOLLAND, Bar No. 148687
　　rholland@littler.com
2　ELLEN M. BRONCHETTI, Bar No. 226975
　　ebronchetti@littler.com
3　MICHAEL G. PEDHIRNEY, Bar No. 233164
　　mpedhirney@littler.com
4　LITTLER MENDELSON
　　A Professional Corporation
5　650 California Street, 20th Floor
　　San Francisco, California 94108.2693
6　Telephone:　415.433.1940
　　Fax No.:　415.399.8447
7
　　Attorneys for Plaintiff
8　WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

9　KENNETH C. ABSALOM, Bar No. 114607
　　kenabsalom@333law.com
10　LAW OFFICES OF NEVIN & ABSALOM
　　22 Battery Street, Ste. 333
11　San Francisco, California 94111
　　Telephone:　415.392.5040
12　Fax No.:　415.392.3729

13
　　Attorneys for Defendant
14　WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL
　　LONGSHORE AND WAREHOUSE UNION

15　　　　　　　UNITED STATES DISTRICT COURT

16　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

17　　　　　　　　　SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19　WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., | Case No. CV 07 3675 WHA |
| 20　　　　　　　Plaintiff, | **STIPULATED EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES** |
| 21　　v. | |
| 22　WAREHOUSE UNION LOCAL NO. 6, | Judge:　　The Honorable William H. Alsup |
| 23　INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | |
| 24　　　　　　　Defendant. | |
| 25 | |

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION EXTENSION OF TIME TO
SUBMIT INITIAL DISCLOSURES

CASE NO. CV 07 3675 WHA

1    Pursuant to Rules 6-1(b), 6-2 and 7-12 of the Court's local rules, the parties hereby

2  stipulate through their respective counsel of record to extend the time for submitting initial

3  disclosures from October 17, 2007 to October 31, 2007.

4    The parties acknowledge that there has not been any previous time modifications in

5  this case and that this extension will not otherwise have an effect on the schedule of this case.

6

7  Dated: October 16, 2007

8

9    RONALD J. HOLLAND
   ELLEN M. BRONCHETTI

10   MICHAEL G. PEDHIRNEY
   LITTLER MENDELSON
   A Professional Corporation

11

12   Attorneys for Plaintiff
   WASTE MANAGEMENT OF ALAMEDA
   COUNTY, INC.

13

14  Dated: October 16, 2007

15    /s/
   KENNETH C. ABSALOM, Bar No. 114607
   LAW OFFICES OF NEVIN & ABSALOM

16

17   Attorneys for Defendant
   WAREHOUSE UNION LOCAL NO. 6,
   INTERNATIONAL LONGSHORE AND

18   WAREHOUSE UNION

19    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20  Dated: October _____, 2007

21

22

23    THE HONORABLE WILLIAM H. ALSUP
   UNITED STATES DISTRICT JUDGE

24

25

26

27  Firmwide:83245668.1 046609.1456

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

**STIPULATION EXTENSION OF TIME TO
SUBMIT INITIAL DISCLOSURES**    1.    **CASE NO. CV 07 3675 WHA**