UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 17, 2007

Case No.  C 07-03675 WHA

Title: WASTE MANAGEMENT OF ALAMEDA v. WAREHOUSE UNION LOCAL

Plaintiff Attorneys: Michael Pedhirney

Defense Attorneys: Michael Nelson

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)  CMC - HELD

2)  

Complete Initial Disclosures (Rule 26): 10/26/07

Discovery Cutoff: 6/20/08

Designation of Experts: 6/20/08

Last Day to File Motion: 8/7/08


Continued to _ for Further Case Management Conference

Continued to  **10/13/08 at 2:00 pm**  for Pretrial Conference

Continued to  **10/27/08 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for ENE..