# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Waste Management of Alameda County, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Warehouse Union Local No. 6, International Longsho, <br><br> Defendant(s). | 07-03675 WHA ENE <br><br> **Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **John H. Feldmann, III**
> Law Offices of John H. Feldmann, III
> PO Box 150329
> San Rafael, CA 94915
> 415-453-8249

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03675 WHA ENE            - 1 -

1 Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

3

4 Dated: November 14, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-03675 WHA ENE                - 2 -