## PRIMARY AREAS OF PRACTICE

Representing management in all areas of traditional labor law, wage and hour, EEO and wrongful termination litigation, and counseling employers regarding their statutory and contractual obligations in recruiting, hiring, training, evaluating, disciplining and terminating employees. Representing executives in negotiating and documenting employment and severance agreements.

## SPECIFIC EXPERIENCE

- Over 30 years experience representing management in California and Nevada in all areas of labor management relations.
- Wage and hour, EEO and wrongful termination trial experience in state and federal courts in California and Nevada.
- Representation of employers in federal court on matters including ERISA and WARN.
- Representation of employers before the National Labor Relations Board in unfair labor practice and representation cases.
- Negotiation of collective bargaining agreements and representation of employers in arbitrations over grievances under a union contract.
- Design, review and revise policy and procedural manuals, employee handbooks, and employee boards of review, sexual harassment, drug and alcohol, and affirmative action policies.
- Audited employers' human resources policies for compliance with state and federal laws.
- Provided training to supervisors in responding to sexual harassment complaints and union organizing activities.
- Counseling of employers in termination and reduction in force matters.
- Published articles on and contributed two chapters to a book on mental disabilities under the Americans With Disabilities Act.
- U.S. District Court, Northern District of California's Alternative Dispute Resolution (ADR) program: Mediator and Early Neutral Evaluator – Labor Relations, Wrongful Termination and Civil Rights in Employment cases.

## BIOGRAPHICAL INFORMATION

Employment History:  Clerk for the Division of Judges of the National Labor Relations Board, 1973-74, and field attorney for the Board's San Francisco Regional Office, 1974-75; With Severson & Werson from 1975 until 1989 and Proskauer Rose from 1989 until 1995; Rejoined Severson & Werson in 1995; Established the Law Offices of John H. Feldmann III on July 1, 1999.Education:  University of Notre Dame, B.B.A., 1971; Hastings College of the Law, University of California, J.D., 1974.Admitted to Practice: California (1974) and Nevada (1989) state courts; U.S. District Court, Northern, Eastern and Central California Districts and Nevada; U.S. Court of Appeals for the Ninth and District of Columbia Circuits; U. S. Supreme Court.Professional Affiliations: The State Bar of California (Member, Labor and Employment

LAW OFFICES OF JOHN H. FELDMANN III
July 1, 2007
Page 2 of 2

Law Section); Bar Association of San Francisco (Member, Labor Law Committee); Marin County Bar Association (Member, Labor and Employment Law Section); The Richard M. Sangster Inn of Court; The State Bar of Nevada.