```
FILED
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Waste Management of Alameda County, Inc., <br><br>    Plaintiff(s), <br><br> v. <br><br> Warehouse Union Local No. 6, International Longsho, <br><br>    Defendant(s). | No. C 07-03675 WHA ENE <br><br> **Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __1/7/08__

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Certification of ADR Session
07-03675 WHA ENE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 1/9/08 | _[signature]_ |
| 3 | | Evaluator, John H. Feldmann, III |
| | | Law Offices of John H. Feldmann, III |
| 4 | | PO Box 150329 |
| | | San Rafael, CA 94915 |

**Certification of ADR Session**
07-03675 WHA ENE