1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  MICHAEL G. PEDHIRNEY, Bar No. 233164
   mpedhirney@littler.com
3  JANELLE MILODRAGOVICH, Bar No. 240934
   jmilodragovich@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California Street, 20th Floor
   San Francisco, California 94108.2693
6  Telephone:    415.433.1940
   Fax No.:      415.399.8447
7
   Attorneys for Plaintiff
8  WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

9
   KENNETH C. ABSALOM, Bar No. 114607
10 kenabsalom@333law.com
   LAW OFFICES OF NEVIN & ABSALOM
11 22 Battery Street, Ste. 333
   San Francisco, California 94111
12 Telephone:    415.392.5040
   Fax No.:      415.392.3729
13
   Attorneys for Defendant
14 WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL
   LONGSHORE AND WAREHOUSE UNION

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19 WASTE MANAGEMENT OF ALAMEDA          Case No. CV 07 3675 WHA
   COUNTY, INC.,
20                                      **STIPULATED REQUEST FOR AN
                Plaintiff,              ORDER CONTINUING TRIAL AND
21                                      PRE-TRIAL EVENTS AND
        v.                              [PROPOSED] ORDER CONTINUING
22                                      TRIAL AND PRE-TRIAL EVENTS**
   WAREHOUSE UNION LOCAL NO. 6,
23 INTERNATIONAL LONGSHORE AND          Judge:    The Honorable William H.
   WAREHOUSE UNION,                               Alsup
24
                Defendant.
25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATED REQUEST FOR A
CONTINUANCE                                    CASE NO. CV 07 3675 WHA

1  Pursuant to Rules 6-1(b) and 6-2 of the Court's local rules, the parties hereby request through their respective counsel of record that the following events be continued to the proposed dates:

1. The non-expert discovery cut-off be continued from June 20, 2008 to August 22, 2008.

2. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof be continued from June 20, 2008 to August 22, 2008.

3. The last day for filing dispositive motions be continued from August 7, 2008 to October 8, 2008.

4. The final pre-trial conference be continued from October 13, 2008 to January 26, 2009, or as soon thereafter as this matter may be heard.

5. The jury trial be continued from October 27, 2008 to February 9, 2009, or as soon thereafter as this matter may be heard.

**IT IS STIPULATED.**


Dated: May 19, 2008

*/s/*
ROBERT G. HULTENG
MICHAEL G. PEDHIRNEY
JANELLE MILODRAGOVICH
LITTLER MENDELSON
A Professional Corporation

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

Dated: May 19, 2008

/S/
KENNETH C. ABSALOM
LAW OFFICES OF NEVIN & ABSALOM

Attorneys for Defendant
WAREHOUSE UNION LOCAL NO. 6,
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST FOR A CONTINUANCE     1.     CASE NO. CV 07 3675 WHA

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2    Dated: May  27 , 2008

3

4    _____
     THE HONORABLE WILLIAM H. ALSUP
5    UNITED STATES DISTRICT JUDGE

6    Firmwide:85178064.1 046609.1456

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup, signed]*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST FOR A CONTINUANCE    2.    CASE NO. CV 07 3675 WHA