United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.,

    Plaintiff,

  v.

WAREHOUSE UNION LOCAL NO 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

    Defendant.

No. C 07-03675 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of June 26, 2008, concerning a discovery dispute and hereby sets a further meet-and-confer at **7:30 A.M. ON TUESDAY, JULY 1** in the Court's jury room on the 19th Floor. Any remaining item(s) shall be heard by the Court later that day at **11:00 A.M.** Defendants' response to plaintiff's letter is due by **NOON ON MONDAY, JUNE 30**.

**IT IS SO ORDERED.**

Dated: June 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE