ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
ROLLAND R. HOLLAND Bar No. 148687
rholland@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
mpedhirney@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone:    415.433.1940
Fax No.:    415.399.8447

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | Case No. CV 07 3675 WHA <br><br> **MANUAL FILING/LODGING NOTIFICATION** <br><br> **WITH POS** <br><br> Judge:  The Honorable William H. Alsup |

**MANUAL FILING/LODGING NOTIFICATION**

Regarding: DOCKET Numbers 26 and 26-A: Letter from Ronald Holland (Co' for Pl Waste Management of Alameda) to Hon. William H. Alsup re Discovery Disputes, with Exhibits A-G **[Discovery-Dispute Requests/Response will be lodged w/ the Court, as they exceed the page limitation].** (Attachments: # (1) Exhibit A-G (12 pgs))(Holland, Ronald) (Filed on 6/26/2008)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

MANUAL FILING/LODGING
NOTIFICATION   W/ POS

1.

CASE NO. CV 07 3675 WHA

1  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

2  This filing was not efiled for the following reason(s):

3

4  [_] Voluminous Document (PDF file size larger than the efiling system allows)

5  [_] Unable to Scan Documents

6

7  [_] Physical Object (description): _____

8  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

9

10 [_] Item Under Seal

11 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

12

13 [X] Other (description): Pursuant to the Court's Supplemental Order to Order Setting Initial CMC

14 before Hon. Judge William Alsup, no. 26, limits the attachments of up to twelve pages to letters

15 seeking discovery relief.  Plaintiff's Requests for Production of Documents, Set One and Special

16 Interrogatories, Set One (02/14/08), and Defendant's Responses to same (04/18/08) totaling 39

17 pages.

18 Dated: June 27, 2008                /s/ Ronald J. Holland
                                       RONALD J. HOLLAND
19                                     MICHAEL G. PEDHIRNEY
                                       JANELLE MILODRAGOVICH
20                                     LITTLER MENDELSON
                                       A Professional Corporation
21
                                       Attorneys for Plaintiff
22                                     WASTE MANAGEMENT OF ALAMEDA COUNTY,
                                       INC.
23
   Firmwide:85694969.1 046609.1456
24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

MANUAL FILING/LODGING          2.          CASE NO. CV 07 3675 WHA
NOTIFICATION   W/ POS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On June 27, 2008, I served the within document(s):

**MANUAL FILING/LODGING NOTIFICATION (COPIES OF 02/14/08 PL'S WMAC REQUEST FOR PRODUCTION OF DOCS, SET ONE AND SPECIAL ROGS, SET ONE; DEF'S RESPONSES TO SAME 4/18/08)**

☐ by facsimile transmission on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3). The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Kenneth C. Absalom, Esq.
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111-5586
Fax: 415.392.3729

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 27, 2008, at San Francisco, California.

_____
Nora Lopez Torres

PROOF OF SERVICE
Firmwide:85699753.1 046609.1456

Case No. C 07-03675 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940