ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
JANELLE MILODRAGOVICH, Bar No. 240934
jmilodragovich@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8447

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | Case No. CV 07 3675 WHA <br><br> **PLAINTIFF WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> Judge: The Honorable William H. Alsup |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

PLTF'S FIRST RFP TO DEF

CASE NO. CV 07 3675 WHA

1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  JANELLE MILODRAGOVICH, Bar No. 240934
   jmilodragovich@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, California 94108.2693
5  Telephone:  415.433.1940
   Fax No.:    415.399.8447
6
   Attorneys for Plaintiff
7  WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 WASTE MANAGEMENT OF ALAMEDA          Case No. CV 07 3675 WHA
   COUNTY, INC.,
13                                      **PLAINTIFF WASTE MANAGEMENT
                Plaintiff,              OF ALAMEDA COUNTY, INC.'S
14                                      FIRST SET OF SPECIAL
        v.                              INTERROGATORIES**
15
   WAREHOUSE UNION LOCAL NO. 6,         Judge:   The Honorable William H.
16 INTERNATIONAL LONGSHORE AND                   Alsup
   WAREHOUSE UNION,
17
                Defendant.
18

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PLTF'S FIRST SET OF
INTERROGATORIES TO DEF

CASE NO. CV 07 3675 WHA

LITTLER MENDELSON
APR 21 2008
RECEIVED

1  KENNETH C. ABSALOM, Esq. (SB# 114607)
   Law Offices of Nevin & Absalom
2  22 Battery Street, Suite 333
   San Francisco, California 94111
3  Telephone: (415) 392-5040
   Facsimile: (415) 392-3729
4
   Attorneys for Defendant
5  WAREHOUSE UNION LOCAL NO.6, INTERNATIONAL LONGSHORE AND WAREHOUSE
   UNION
6
7
                      UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10
11
   WASTE MANAGEMENT OF ALAMEDA   )  Case No. CV 07 3675 WHA
12 COUNTY, INC                   )
                                 )
13           Plaintiff,          )  DEFENDANT WAREHOUSE UNION
                                 )  LOCAL NO. 6, INTERNATIONAL
14      vs.                      )  LONGSHORE AND WAREHOUSE
                                 )  UNION'S RESPONSES TO FIRST
15                               )  REQUEST FOR PRODUCTION OF
   WAREHOUSE UNION LOCAL NO.6,   )  DOCUMENTS
16 INTERNATIONAL LONGSHORE AND   )
   WAREHOUSE UNION,              )
17                               )
             Defendants.         )
18 _____
19
   Defendant Warehouse Union Local No. 6, International Longshore and Warehouse Union
20
   answers the Interrogatories, as follows:
21
        Responding party has not fully completed the investigation of the facts relating to this case,
22
   and has not completed the discovery in this action. All of the responses contained herein are based
23
   only upon such information and documents which are presently available to, and specifically known
24
   to the responding party. It is anticipated that further discovery, investigation and analysis will supply
25
   additional facts, conclusions, contentions and documents. These responses are given without
26
27
   _____
28 DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
                         CASE NO. CV 07 3675 WHA

LITTLER MENDELSON
APR 21 2008
RECEIVED

KENNETH C. ABSALOM, Esq. (SB# 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Defendant
ILWU, LOCAL 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC<br><br>Plaintiff,<br><br>vs.<br><br>WAREHOUSE UNION LOCAL NO.6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Defendants. | Case No. CV 07 3675 WHA<br><br>DEFENDANT WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION'S RESPONSES TO FIRST SET OF SPECIAL INTERROGATORIES |

Defendant Warehouse Union Local No. 6, International Longshore and Warehouse Union answers the Interrogatories, as follows:

Responding party has not fully completed the investigation of the facts relating to this case, and has not completed the discovery in this action. All of the responses contained herein are based only upon such information and documents which are presently available to, and specifically known to the responding party. It is anticipated that further discovery, investigation

---

DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES
CASE NO. CV 07 3675 WHA