**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 1, 2008

Case No.  C 07-03675 WHA

Title: WASTE MANAGEMENT OF ALAMEDA  v. WAREHOUSE UNION LOCAL NO 6

Plaintiff Attorneys: Michael Pedhirney

Defense Attorneys: Kenneth Absalom

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)    Hearing on Plaintiff's Discovery Dispute - HELD

2)

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties had a meet-and-confer in the Court's jury room from 7:30am until 8:45am. A hearing was held on the unresolved discovery dispute items. Plaintiff shall submit a proposed order with the Court's rulings.