| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293 |
|   | rhulteng@littler.com |
| 2 | MICHAEL G. PEDHIRNEY, Bar No. 233164 |
|   | mpedhirney@littler.com |
| 3 | JANELLE MILODRAGOVICH, Bar No. 240934 |
|   | jmilodragovich@littler.com |
| 4 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 5 | 650 California Street, 20th Floor |
|   | San Francisco, California 94108.2693 |
| 6 | Telephone: 415.433.1940 |
|   | Fax No.: 415.399.8447 |

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., | Case No. CV 07 3675 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO COMPEL FURTHER RESPONSES BY DEFENDANT** |
| v. | Hearing Date: July 1, 2008 |
| WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | Time: 1:45 p.m. |
|  | Courtroom: 9, Nineteenth Floor |
| Defendant. | Judge: The Honorable William H. Alsup |

1  The Motion of Plaintiff Waste Management of Alameda County, Inc. for an Order compelling Defendant Warehouse Union Local No. 6, International Longshore and Warehouse Union to provide further interrogatory answers and further documents came on regularly before the Court, the Honorable William H. Alsup presiding, on July 1, 2008. Michael G. Pedhirney appeared on behalf of Plaintiff, and Kenneth C. Absalom appeared on behalf of Defendant.

The Court, having reviewed the moving papers, having heard argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  Plaintiff's motion to compel supplemental answers to Plaintiff's First Set of Special Interrogatories, with respect to Interrogatories 5-6 and 9-15 is GRANTED. Defendant shall serve Plaintiff with supplemental answers to these interrogatories by no later than July 14, 2008.

2.  Plaintiff's motion to compel documents responsive to Plaintiff's First Request for Production, with respect to Request Nos. 20-30, is GRANTED. Defendant shall produce all documents responsive to these document categories by no later than July 14, 2008.

**IT IS SO ORDERED:**

Dated: July ___, 2008

_____
THE HONORABLE WILLIAM H. ALSUP

APPROVED AS TO FORM:

Dated: July 10, 2008

_Kenneth C. Absalom_ (signature)
KENNETH C. ABSALOM
LAW OFFICES OF NEVIN AND ABSALOM
Attorneys for Plaintiff

Firmwide:85755176.1 046609.1456

[PROPOSED] ORDER GRANTING
PLTF'S MTC FURTHER RESPONSES        1.        CASE NO. CV 07 3675 WHA