```
 1  ROBERT G. HULTENG, Bar No. 071293
     rhulteng@littler.com
 2  MICHAEL G. PEDHIRNEY, Bar No. 233164
     mpedhirney@littler.com
 3  JANELLE MILODRAGOVICH, Bar No. 240934
     jmilodragovich@littler.com
 4  LITTLER MENDELSON
     A Professional Corporation
 5  650 California Street, 20th Floor
     San Francisco, California  94108.2693
 6  Telephone:     415.433.1940
     Fax No.:       415.399.8447
 7
     Attorneys for Plaintiff
 8  WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Defendant. | Case No. CV 07 3675 WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO COMPEL FURTHER RESPONSES BY DEFENDANT<br><br>Hearing Date: July 1, 2008<br>Time:         1:45 p.m.<br>Courtroom:    9, Nineteenth Floor<br>Judge:        The Honorable William H. Alsup |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
PLTF'S MTC FURTHER RESPONSES

CASE NO. CV 07 3675 WHA

Received  Jul-10-2008 10:08am   From-4153923729   To-LITTLER MENDELSON   Page 001

|   |   |
|---|---|
| 1 | The Motion of Plaintiff Waste Management of Alameda County, Inc. for an Order |
| 2 | compelling Defendant Warehouse Union Local No. 6, International Longshore and Warehouse |
| 3 | Union to provide further interrogatory answers and further documents came on regularly before the |
| 4 | Court, the Honorable William H. Alsup presiding, on July 1, 2008. Michael G. Pedhirney appeared |
| 5 | on behalf of Plaintiff, and Kenneth C. Absalom appeared on behalf of Defendant. |
| 6 | The Court, having reviewed the moving papers, having heard argument of counsel, |
| 7 | and for good cause appearing: |
| 8 | **IT IS HEREBY ORDERED AS FOLLOWS:** |
| 9 | 1. Plaintiff's motion to compel supplemental answers to Plaintiff's First Set of |
| 10 | Special Interrogatories, with respect to Interrogatories 5-6 and 9-15 is GRANTED. Defendant shall |
| 11 | serve Plaintiff with supplemental answers to these interrogatories by no later than July 14, 2008. |
| 12 | 2. Plaintiff's motion to compel documents responsive to Plaintiff's First Request |
| 13 | for Production, with respect to Request Nos. 20-30, is GRANTED. Defendant shall produce all |
| 14 | documents responsive to these document categories by no later than July 14, 2008. |
| 15 | **IT IS SO ORDERED:** |
| 16 |   |
| 17 | Dated: July 11, 2008 |
| 18 | THE HONORABLE WILLIAM H. ALSUP |
| 19 | APPROVED AS TO FORM: |
| 20 | Dated: July 10, 2008 |
| 21 | KENNETH C. ABSALOM<br>LAW OFFICES OF NEVIN AND ABSALOM<br>Attorneys for Plaintiff |
| 22 | Firmwide:85755176.1 046609.1456 |

*(Judge's signature stamp: "IT IS SO ORDERED / Judge William Alsup" — United States District Court, Northern District of California)*