1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  MICHAEL G. PEDHIRNEY, Bar No. 233164
   mpedhirney@littler.com
3  JANELLE MILODRAGOVICH, Bar No. 240934
   jmilodragovich@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California Street, 20th Floor
   San Francisco, California 94108.2693
6  Telephone:   415.433.1940
   Fax No.:     415.399.8447
7
   Attorneys for Plaintiff
8  WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

9
   KENNETH C. ABSALOM, Bar No. 114607
10 kenabsalom@333law.com
   LAW OFFICES OF NEVIN & ABSALOM
11 22 Battery Street, Ste. 333
   San Francisco, California 94111
12 Telephone:   415.392.5040
   Fax No.:     415.392.3729
13
   Attorneys for Defendant
14 WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL
   LONGSHORE AND WAREHOUSE UNION

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18

19 | WASTE MANAGEMENT OF ALAMEDA | Case No. CV 07 3675 WHA |
   | COUNTY, INC., | |
20 | | **STIPULATED REQUEST FOR AN** |
   | Plaintiff, | **ORDER CONTINUING PRE-TRIAL** |
21 | | **EVENTS AND [PROPOSED] ORDER** |
   | v. | **CONTINUING PRE-TRIAL EVENTS** |
22 | | |
   | WAREHOUSE UNION LOCAL NO. 6, | Judge:   The Honorable William H. |
23 | INTERNATIONAL LONGSHORE AND |          Alsup |
   | WAREHOUSE UNION, | |
24 | | |
   | Defendant. | |
25

26

27

28

---

STIPULATED REQUEST FOR A
CONTINUANCE                                          CASE NO. CV 07 3675 WHA

Pursuant to Rules 6-1(b) and 6-2 of the Court's local rules, the parties hereby request through their respective counsel of record that the following events be continued to the proposed dates:

1. The non-expert discovery cut-off be continued from August 22, 2008 to September 22, 2008.

2. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof be continued from August 22, 2008 to September 22, 2008.

**IT IS STIPULATED.**

Dated: July 30, 2008

/s/ Michael G. Pedhirney
ROBERT G. HULTENG
MICHAEL G. PEDHIRNEY
JANELLE MILODRAGOVICH
LITTLER MENDELSON
A Professional Corporation

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

Dated: July 30, 2008

/s/ Kenneth C. Absalom
KENNETH C. ABSALOM
LAW OFFICES OF NEVIN & ABSALOM

Attorneys for Defendant
WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ ___, 2008

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Firmwide:86042855.1 046609.1456

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST FOR A CONTINUANCE    1.    CASE NO. CV 07 3675 WHA