1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  MICHAEL G. PEDHIRNEY, Bar No. 233164
   mpedhirney@littler.com
3  JANELLE MILODRAGOVICH, Bar No. 240934
   jmilodragovich@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California Street, 20th Floor
   San Francisco, California 94108.2693
6  Telephone:    415.433.1940
   Fax No.:      415.399.8447
7
   Attorneys for Plaintiff
8  WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., | Case No. CV 07 3675 WHA |
|---|---|
13 | | **DECLARATION OF MICHAEL G. PEDHIRNEY IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER CONTINUING PRE-TRIAL EVENTS** |
14 | Plaintiff, | |
15 | v. | |
16 | WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | Judge: The Honorable William H. Alsup |
17 | | |
18 | Defendant. | |

19

20         I, Michael G. Pedhirney, hereby declare and state:

21         1.      I am an associate with the law firm of Littler Mendelson, a Professional

22 Corporation, and I am licensed to practice in the State of California. I am one of the attorneys of

23 record for Plaintiff Waste Management of Alameda County, Inc. (hereinafter referred to as

24 "WMAC" or "the Company") in this action. I have personal knowledge of the matters set forth

25 herein, except for those matters stated upon information and belief. If called as a witness, I could

26 competently testify to the following.

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PEDHIRNEY DEC. ISO STIPULATED
REQUEST FOR A CONTINUANCE                                    CASE NO. CV 07 3675 WHA

2. Under the Court's current schedule, the parties' non-expert discovery cut-off and the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof is August 22, 2008. A true and correct copy of the Court's order setting forth the current schedule regarding this case is attached as Exhibit A.

3. The parties in this dispute agreed that WMAC would take the depositions of key witnesses Efren Alarcon, Fred Pecker, and Victor Pamiroyan on July 28, July 29, and August 4, respectively. Defendant Warehouse Union Local No. 6, International Longshore and Warehouse Union ("Local 6") has attempted to schedule depositions of five Company witnesses in August before the current discovery cut-off.

4. I was hospitalized the week of July 13, 2008 with a viral infection. Due to my illness, I was off work from July 13 until July 23. During much of that time, I was unable to eat solid food or drink fluids and I suffered from fatigue and vomiting. Because of my illness, I was unable to prepare for the depositions of Mr. Alarcon, Mr. Pecker, and Mr. Pamiroyan.

5. On or about July 14, 2008, in-house counsel Elizabeth Bohannon assumed responsibility managing this dispute on behalf of WMAC. Ms. Bohannon had not been involved in this case earlier because another attorney, Barbara Russell, had been managing the case for WMAC. Ms. Russell resigned from her employment on or about July 12, and thus, Ms. Bohannon assumed responsibility of this case. Ms. Bohannon's involvement in this case is necessary for WMAC to prepare for trial.

6. During the week of July 21, 2008, Ms. Bohannon underwent heart surgery at a hospital on the east coast. Ms. Bohannon is now recovering from her surgery on the east coast and is not expected to return to work until the week of August 11, 2008.

7. On July 24, 2008, I notified Mr. Absalom that the depositions of Mr. Alarcon, Mr. Pecker, and Mr. Pamiroyan needed to be continued until either the week of August 11 or August 18 in light of Ms. Bohannon's absence and my illness. Mr. Absalom has informed me that Local 6 is amenable to a thirty-day continuance of the non-expert discovery cut-off and the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any

issue on which a party has the burden of proof.

8. Both WMAC and Local 6 need to complete several depositions in order to prepare for trial. WMAC has notified Local 6 of its need to complete the depositions of at least three Local 6 witnesses. Local 6's attorney, Kenneth Absalom, has informed me that Local 6 may take the depositions of at least eight WMAC witnesses. However, because of Ms. Bohannon's absence and my illness (which caused my absence from work from July 13 until July 23), it will not be possible for the parties to complete all of these depositions prior to the August 22, 2008 discovery cut-off.

9. In light of the fact that the parties have not been able to complete all of the discovery necessary to proceed in litigating this case, it is essential that the non-expert discovery cut-off and the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof be continued a minimum of thirty days. To that end, the parties propose the following continuances:

a. The non-expert discovery cut-off be continued from August 22, 2008 to September 22, 2008.

b. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof be continued from August 22, 2008 to September 22, 2008.

10. The proposed continuance would not affect the current schedule regarding the last day for filing dispositive motions, the pre-trial conference, or the jury trial in this matter.

11. At the outset of this case, the Court granted the parties a ten-day extension of time to submit their respective initial disclosures. On May 27, 2008, pursuant to the stipulation of the parties, the Court ordered that:

a. The non-expert discovery cut-off be continued from June 20, 2008 to August 22, 2008.

b. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof be continued from June 20, 2008 to August 22, 2008.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PEDHIRNEY DEC. ISO STIPULATED
REQUEST FOR A CONTINUANCE      3.      CASE NO. CV 07 3675 WHA

      c.      The last day for filing dispositive motions be continued from August 7, 2008 to October 8, 2008.

      d.      The final pre-trial conference be continued from October 13, 2008 to January 26, 2009, or as soon thereafter as this matter may be heard.

      e.      The jury trial be continued from October 27, 2008 to February 9, 2009, or as soon thereafter as this matter may be heard.

12. The Court has not since changed or modified any of the due dates or time frames set forth in the Court's May 27, 2008 Scheduling Order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 30th day of July 2008 in San Francisco, California.

MICHAEL G. PEDHIRNEY

Firmwide:86042964.1 046609.1456

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PEDHIRNEY DEC. ISO STIPULATED REQUEST FOR A CONTINUANCE    4.    CASE NO. CV 07 3675 WHA

# EXHIBIT A

1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  MICHAEL G. PEDHIRNEY, Bar No. 233164
   mpedhirney@littler.com
3  JANELLE MILODRAGOVICH, Bar No. 240934
   jmilodragovich@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California Street, 20th Floor
   San Francisco, California 94108.2693
6  Telephone:     415.433.1940
   Fax No.:       415.399.8447
7
   Attorneys for Plaintiff
8  WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

9  KENNETH C. ABSALOM, Bar No. 114607
   kenabsalom@333law.com
10 LAW OFFICES OF NEVIN & ABSALOM
   22 Battery Street, Ste. 333
11 San Francisco, California 94111
   Telephone:     415.392.5040
12 Fax No.:       415.392.3729

13 Attorneys for Defendant
   WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL
14 LONGSHORE AND WAREHOUSE UNION

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 WASTE MANAGEMENT OF ALAMEDA            Case No. CV 07 3675 WHA
   COUNTY, INC.,
20                                         **STIPULATED REQUEST FOR AN
                Plaintiff,                 ORDER CONTINUING TRIAL AND
21                                         PRE-TRIAL EVENTS AND
        v.                                 [PROPOSED] ORDER CONTINUING
22                                         TRIAL AND PRE-TRIAL EVENTS**
   WAREHOUSE UNION LOCAL NO. 6,
23 INTERNATIONAL LONGSHORE AND             Judge:   The Honorable William H.
   WAREHOUSE UNION,                                 Alsup
24
                Defendant.
25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATED REQUEST FOR A
CONTINUANCE                                           CASE NO. CV 07 3675 WHA

Case 3:07-cv-03675-WHA    Document 25    Filed 05/27/2008    Page 2 of 3

Pursuant to Rules 6-1(b) and 6-2 of the Court's local rules, the parties hereby request through their respective counsel of record that the following events be continued to the proposed dates:

1. The non-expert discovery cut-off be continued from June 20, 2008 to August 22, 2008.

2. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof be continued from June 20, 2008 to August 22, 2008.

3. The last day for filing dispositive motions be continued from August 7, 2008 to October 8, 2008.

4. The final pre-trial conference be continued from October 13, 2008 to January 26, 2009, or as soon thereafter as this matter may be heard.

5. The jury trial be continued from October 27, 2008 to February 9, 2009, or as soon thereafter as this matter may be heard.

**IT IS STIPULATED.**

Dated: May 19, 2008

ROBERT G. HULTENG
MICHAEL G. PEDHIRNEY
JANELLE MILODRAGOVICH
LITTLER MENDELSON
A Professional Corporation

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

Dated: May 19, 2008

_____/S/_____
KENNETH C. ABSALOM
LAW OFFICES OF NEVIN & ABSALOM

Attorneys for Defendant
WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST FOR A CONTINUANCE        1.        CASE NO. CV 07 3675 WHA

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2    Dated: May __27__, 2008

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Firmwide:85178064.1 046609.1456

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST FOR A CONTINUANCE    2.    CASE NO. CV 07 3675 WHA