ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
mpedhirney@littler.com
JANELLE MILODRAGOVICH, Bar No. 240934
jmilodragovich@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone:     415.433.1940
Fax No.:         415.399.8447

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

KENNETH C. ABSALOM, Bar No. 114607
kenabsalom@333law.com
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Ste. 333
San Francisco, California 94111
Telephone:     415.392.5040
Fax No.:         415.392.3729

Attorneys for Defendant
WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WAREHOUSE UNION LOCAL NO. 6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Defendant. | Case No. CV 07 3675 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(A)(1)]<br><br>Judge:   The Honorable William H. Alsup |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL                                    CASE NO. CV 07 3675 WHA

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure as the parties' have agreed to privately arbitrate their dispute. Each party agrees to bear its own costs and fees.

Dated: October 17, 2008

/s/ Michael G. Pedhirney
ROBERT G. HULTENG
MICHAEL G. PEDHIRNEY
JANELLE MILODRAGOVICH
LITTLER MENDELSON
A Professional Corporation

Attorneys for Plaintiff
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

Dated: October 21, 2008

KENNETH C. ABSALOM
LAW OFFICES OF NEVIN & ABSALOM

Attorneys for Defendant
WAREHOUSE UNION LOCAL NO. 6,
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 22, 2008

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Firmwide:86516927.1 046609.1456

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION OF DISMISSAL    1.    CASE NO. CV 07 3675 WHA